*In re* EDUARDO A. AYALA TORRES.

*Número:* TS-10191        *Resuelto:* 6 de octubre de 2000

*Eduardo A. Ayala Torres, pro se.*

## RESOLUCIÓN

Vista la Moción de Petición Solicitando Reinstalación Inmediata de la Profesión por Haberse Extinguido la San-

ción del Sr. Eduardo Ayala Torres, *se concede lo allí solicitado.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García y el Juez Asociado Señor Rebollo López no intervinieron.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*